UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:13-CR-75-RLM |
| | ) | |
| EMILIO SANTANA-ESQUIVEL | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 19, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 22), ACCEPTS defendant Emilio Santana-Esquivel's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B).

SO ORDERED.

ENTERED: October 15, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court